UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Number: (215) 627-1322
dcarlon@kmllawgroup.com
Attorneys for Newrez LLC d/b/a Shellpoint Mortgage Servicing

Case No: 24-21885 ABA

Chapter: 13

Judge: Andrew B. Altenburg Jr.

In Re:
Jason Thomas Blazer aka James T Blazer, aka Jason Blazer

Debtor(s).

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Newrez LLC d/b/a Shellpoint Mortgage Servicing.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

701 Market Street, Suite 5000
Philadelphia, PA 19106

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒ All documents and pleadings of any nature.

Date: 12/06/2024

/s/ *Denise Carlon*
Denise Carlon
06 Dec 2024, 13:49:05, EST
**KML Law Group, P.C.**
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
FAX: (215) 627-7734
Attorney for Creditor

new 8/1/15

Document ID: e42bc1997e207343ecb2f11c27aeda735b999484380013c02c6b3deec5286f11