| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J.LBR 9004-1** |
| **STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Capital One Auto Finance, a division of Capital One, N.A.* |
| In re:<br><br>Jason Thomas Blazer<br>*aka* James T Blazer<br>*aka* James Blazer<br><br>                                              Debtor. |

Order Filed on December 12, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter: 13

Case No.: 24-21885-ABA

Hearing Date: December 16, 2025

Judge Andrew B. Altenburg Jr.

## CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: December 12, 2025**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtor: Jason Thomas Blazer
Case No.: 24-21885-ABA
Caption of Order: **CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

THIS MATTER having been opened to the Court upon the Motion for Relief from the Automatic Stay ("Motion") filed by Capital One Auto Finance, a division of Capital One, N.A. ("Creditor"), whereas the post-petition arrearage amount was $4,764.30 as of Deceber 6, 2025, and whereas Debtor and Creditor seek to resolve the Motion, it is hereby **ORDERED**:

1. The automatic stay provided under 11 U.S.C. §362(a) shall remain in effect as to Creditor's interest in the following property: **2015 GMC Sierra 1500 Crew Cab SLE 4WD 4.3L V6; VIN: 3GTU2UEH6FG320512** provided that the Debtor complies with the following:

    a. Beginning on or before **December 17, 2025** and continuing for six (6) consecutive months on or before the 17th day of each subsequent month, the Debtor shall cure the post-petition arrearage remaining after receipt of the lump sum described above, namely $4,764.30, by **making six (6) monthly payments in the amount of $794.05** directly to Creditor; and

    b. In addition, the Debtor shall resume making the regular contractual monthly payments directly to the Creditor as each becomes due, **beginning with the December 17, 2025 payment** and continuing thereon per the terms of the underlying Contract.

2. All direct payments due hereunder shall be sent directly to Creditor at the following address: **Capital One Auto Finance, c/o AIS Portfolio service, LLC, P.O. Box 4360, Houston, TX 77210**.

3. The Debtor will be in default under the Consent Order if the Debtor fails to comply with the payment terms and conditions set forth in above paragraphs and/or if the Debtor fails to make any payment due to Creditor under the Chapter 13 Plan.

4. If the Debtor fails to cure the default within thirty (30) days from the date of default, Creditor may submit a Certificate of Default to the Court on fourteen (14) days' notice to counsel for Debtor and the Chapter 13 Trustee for an order lifting the automatic stay imposed under 11 U.S.C. § 362(a) and permitting Creditor to exercise any rights under the loan documents with respect to the Property.

5. Creditor is awarded reimbursement of attorney fees and costs in the amount of $250.00 and $199.00 respectively, to be paid through the Chapter 13 Plan.

**STIPULATED AND AGREED:**


*/s/ Mitchell Lee Chambers*  
Mitchell Lee Chambers, Esq.  
Law Offices of Mitchell Lee Chambers  
602 Little Gloucester Road, Suite 5  
Blackwood, NJ 0801  
*Counsel to Debtor*

*/s/Gavin N. Stewart*  
Gavin N. Stewart, Esq.  
Stewart Legal Group, P.L.  
401 East Jackson Street, Suite 2340  
Tampa, FL 33602  
*Counsel to Creditor*