| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L.**<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Capital One Auto Finance, a division of Capital One, N.A.* | Order Filed on December 12, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Jason Thomas Blazer<br>*aka* James T Blazer<br>*aka* James Blazer<br><br>                             Debtor. | Chapter: 13<br><br>Case No.: 24-21885-ABA<br><br>Hearing Date: December 16, 2025<br><br>Judge Andrew B. Altenburg Jr. |

**CONSENT ORDER RESOLVING MOTION**
**FOR RELIEF FROM THE AUTOMATIC STAY**

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: December 12, 2025**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

| | |
|---|---|
| Debtor: | Jason Thomas Blazer |
| Case No.: | 24-21885-ABA |
| Caption of Order: | **CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |

THIS MATTER having been opened to the Court upon the Motion for Relief from the Automatic Stay ("Motion") filed by Capital One Auto Finance, a division of Capital One, N.A. ("Creditor"), whereas the post-petition arrearage amount was $4,764.30 as of Deceber 6, 2025, and whereas Debtor and Creditor seek to resolve the Motion, it is hereby **ORDERED**:

1. The automatic stay provided under 11 U.S.C. §362(a) shall remain in effect as to Creditor's interest in the following property: **2015 GMC Sierra 1500 Crew Cab SLE 4WD 4.3L V6; VIN: 3GTU2UEH6FG320512** provided that the Debtor complies with the following:

    a. Beginning on or before **December 17, 2025** and continuing for six (6) consecutive months on or before the 17th day of each subsequent month, the Debtor shall cure the post-petition arrearage remaining after receipt of the lump sum described above, namely $4,764.30, by **making six (6) monthly payments in the amount of <u>$794.05</u>** directly to Creditor; and

    b. In addition, the Debtor shall resume making the regular contractual monthly payments directly to the Creditor as each becomes due, **beginning with the December 17, 2025 payment** and continuing thereon per the terms of the underlying Contract.

2. All direct payments due hereunder shall be sent directly to Creditor at the following address: **Capital One Auto Finance, c/o AIS Portfolio service, LLC, P.O. Box 4360, Houston, TX 77210**.

3. The Debtor will be in default under the Consent Order if the Debtor fails to comply with the payment terms and conditions set forth in above paragraphs and/or if the Debtor fails to make any payment due to Creditor under the Chapter 13 Plan.

4. If the Debtor fails to cure the default within thirty (30) days from the date of default, Creditor may submit a Certificate of Default to the Court on fourteen (14) days' notice to counsel for Debtor and the Chapter 13 Trustee for an order lifting the automatic stay imposed under 11 U.S.C. § 362(a) and permitting Creditor to exercise any rights under the loan documents with respect to the Property.

5. Creditor is awarded reimbursement of attorney fees and costs in the amount of $250.00 and $199.00 respectively, to be paid through the Chapter 13 Plan.

**STIPULATED AND AGREED:**


*/s/ Mitchell Lee Chambers*  
Mitchell Lee Chambers, Esq.  
Law Offices of Mitchell Lee Chambers  
602 Little Gloucester Road, Suite 5  
Blackwood, NJ 0801  
*Counsel to Debtor*

*/s/Gavin N. Stewart*  
Gavin N. Stewart, Esq.  
Stewart Legal Group, P.L.  
401 East Jackson Street, Suite 2340  
Tampa, FL 33602  
*Counsel to Creditor*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-21885-ABA |
| Jason Thomas Blazer | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Dec 12, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jason Thomas Blazer, 1732 West Blvd., Malaga, NJ 08328-4429 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Dec 14, 2025 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. bk@stewartlegalgroup.com |
| Mitchell L Chambers, Jr. | on behalf of Debtor Jason Thomas Blazer ecfbc@comcast.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5