UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*
Andrew B. Finberg, Esquire (AB 1574)
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, New Jersey 08002
(856) 663-5002

In Re:

        Jason Thomas Blazer

                          Debtor(s)'

Case No. 24-21885 (ABA)

Judge: Andrew B. Altenburg, Jr.

**STIPULATION ADJUSTING TRUSTEE PAYMENTS**

WHEREAS a review of Debtor's case by Chapter 13 Standing Trustee's Office revealed that Debtor's monthly Trustee payments should be recalculated and good cause having been shown, and

WHEREAS the Trustee and Debtor's counsel have agreed to resolve the adjustment in Trustee payments by this Stipulation.

NOW THEREFORE, the Trustee and counsel for Debtor hereby agree as follows: Debtor's case be and is hereby allowed to continue at $4,354.00 total receipts applied to plan, then $461.00 per month for the remaining forty-nine (49) months, commencing December 1, 2025 for a total of sixty (60) months.

**IT IS STIPULATED** that all other terms set forth in the Order Confirming Plan entered on February 26, 2025, remain in effect.

_____
Mitchell Lee Chambers, Jr., Esquire
Attorney for Debtor

Dated: 12/16/25

/s/ Andrew B. Finberg
Andrew B. Finberg
Chapter 13 Standing Trustee

Dated: 12/16/2025

Cherry Tree Corporate Center
535 Route 38
Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

Payments Only:

P.O. Box 1978
Memphis, TN 38101-1978

Page 2 of 2