# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
**Case Number: 24-21885 (ABA)**

Monthly Payment: $461.00
Payments / Month: 1
Current Trustee Comp.: 10.00%

Jason Thomas Blazer
1732 West Boulevard
Malaga, NJ  08328

**For the period of 01/01/2025 to 12/31/2025**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/08/2025 | $413.00 | 02/10/2025 | $413.00 | 03/11/2025 | $441.00 | 04/10/2025 | $441.00 |
| 05/16/2025 | $441.00 | 06/27/2025 | $441.00 | 08/15/2025 | $441.00 | 08/18/2025 | $441.00 |
| 09/22/2025 | $441.00 | 11/07/2025 | $441.00 | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | JASON THOMAS BLAZER | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | MITCHELL LEE CHAMBERS, JR., ESQUIRE | 13 | $4,150.00 | $3,918.60 | $231.40 | $0.00 |
| 1 | CAPITAL ONE AUTO FINANCE | 24 | $1,044.10 | $0.00 | $1,044.10 | $0.00 |
| 2 | DESIREE L. BLAZER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | KML | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $502.71 | $0.00 | $502.71 | $0.00 |
| 5 | SHELLPOINT MORTGAGE SERVICING | 24 | $17,787.29 | $0.00 | $17,787.29 | $0.00 |
| 6 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | SHELLPOINT MORTGAGE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | ANDREW B FINBERG | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | MITCHELL L CHAMBERS JR. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $252.96 | $0.00 | $252.96 | $0.00 |
| 11 | CAPITAL ONE AUTO FINANCE | 13 | $449.00 | $0.00 | $449.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 01/01/2025 | 10.00 | $0.00 |
| 11/01/2025 | Paid to Date | $4,354.00 |
| 12/01/2025 | 49.00 | $461.00 |
| 01/01/2030 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| | |
|---|---|
| Total payments received this period: | $4,354.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $461.00 |
| Attorney: | MITCHELL LEE CHAMBERS, JR., ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**