Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 24−21885−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jason Thomas Blazer
   aka James T Blazer, aka Jason Blazer
   1732 West Blvd.
   Malaga, NJ 08328

Social Security No.:
   xxx−xx−6486

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

on 3/20/26 at 09:00 AM

to consider and act upon the following:

*36* − Objection to Trustee's cOD (related document:35 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Andrew B Finberg. Objection deadline is 02/19/2026. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Andrew B Finberg) filed by Mitchell L Chambers Jr. on behalf of Jason Thomas Blazer. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Chambers, Mitchell)

Dated: 2/9/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court