UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Matthew Fissel, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
mfissel@kmllawgroup.com
Attorneys for Secured Creditor:
Newrez LLC d/b/a Shellpoint Mortgage Servicing

**Order Filed on May 11, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
Jason Thomas Blazer aka James T Blazer, aka Jason Blazer
      Debtor
Desiree L Blazer
      Co-Debtor

Case No.: 24-21885 ABA

Chapter: 13

Hearing Date: 5/19/2026 @ 10am

Judge: Andrew B. Altenburg Jr.

## ORDER RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: May 11, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:  Jason Thomas Blazer aka James T Blazer, aka Jason Blazer
Case No:  24-21885 ABA
Caption of Order:  ORDER RESOLVING MOTION FOR RELIEF FROM STAY
_____

      This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Newrez LLC d/b/a Shellpoint Mortgage Servicing, Matthew Fissel, Esq. appearing, upon a motion to vacate the automatic stay as to real property located at 1732 West Blvd, Malaga, NJ, 08328, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Steven Taieb, Esq., attorney for Debtor, and for good cause having been shown

      It is **ORDERED, ADJUDGED and DECREED** that as of May 5, 2026, Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due December 2025 through May 2026 for a total post-petition default of $9,098.90 (2 @ $1,521.93; 4 @ $1,544.65; less suspense $123.56); and

      It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $9,098.90 shall be added to the affidavit of amount due and paid through Debtor's Chapter 13 plan; and

      It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume June 1, 2026, directly to Secured Creditor care of its servicer, (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

      It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

      It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

      It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $199.00 for filing fees, totaling $549.00, which is to be paid through Debtor's Chapter 13 plan; and

      It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.