UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Matthew Fissel, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
mfissel@kmllawgroup.com
Attorneys for Secured Creditor:
Newrez LLC d/b/a Shellpoint Mortgage Servicing

In Re:
Jason Thomas Blazer aka James T Blazer, aka Jason
Blazer
      Debtor
Desiree L Blazer
      Co-Debtor

**Order Filed on May 11, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 24-21885 ABA

Chapter: 13

Hearing Date: 5/19/2026 @ 10am

Judge: Andrew B. Altenburg Jr.

### ORDER RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby
**ORDERED.**

**DATED: May 11, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:  Jason Thomas Blazer aka James T Blazer, aka Jason Blazer
Case No:  24-21885 ABA
Caption of Order:  ORDER RESOLVING MOTION FOR RELIEF FROM STAY

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Newrez LLC d/b/a Shellpoint Mortgage Servicing, Matthew Fissel, Esq. appearing, upon a motion to vacate the automatic stay as to real property located at 1732 West Blvd, Malaga, NJ, 08328, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Steven Taieb, Esq., attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of May 5, 2026, Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due December 2025 through May 2026 for a total post-petition default of $9,098.90 (2 @ $1,521.93; 4 @ $1,544.65; less suspense $123.56); and

 It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $9,098.90 shall be added to the affidavit of amount due and paid through Debtor's Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume June 1, 2026, directly to Secured Creditor care of its servicer, (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $199.00 for filing fees, totaling $549.00, which is to be paid through Debtor's Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.

United States Bankruptcy Court

District of New Jersey

In re:                                                                           Case No. 24-21885-ABA

Jason Thomas Blazer                                                              Chapter 13

　　　Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                        User: admin                               Page 1 of 2

Date Rcvd: May 11, 2026                     Form ID: pdf903                           Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2026:**

**Recip ID              Recipient Name and Address**
db               +   Jason Thomas Blazer, 1732 West Blvd., Malaga, NJ 08328-4429

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2026                          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2026 at the address(es) listed below:**

**Name                    Email Address**

Andrew B Finberg
                        on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Andrew B Finberg
                        courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Gavin Stewart
                        on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. bk@stewartlegalgroup.com

Matthew K. Fissel
                        on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bkgroup@kmllawgroup.com
                        matthew.fissel@brockandscott.com

Mitchell L Chambers, Jr.
                        on behalf of Debtor Jason Thomas Blazer ecfbc@comcast.net

U.S. Trustee
                        USTPRegion03.NE.ECF@usdoj.gov

District/off: 0312-1                          User: admin                                   Page 2 of 2
Date Rcvd: May 11, 2026                       Form ID: pdf903                         Total Noticed: 1
TOTAL: 6