Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  24–21885–ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jason Thomas Blazer
   aka James T Blazer, aka Jason Blazer
   1732 West Blvd.
   Malaga, NJ 08328

Social Security No.:
   xxx–xx–6486

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

on 8/11/26 at 10:00 AM

to consider and act upon the following:

*48* – Objection to (related document:47 Creditor's Certification of Default (related document:44 Order on Motion For Relief From Stay) filed by Matthew K. Fissel on behalf of NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING. Objection deadline is 07/27/2026. (Attachments: # 1 Exhibit A – Order Curing Post–Petition Arrears # 2 Exhibit B – Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) filed by Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING) filed by Mitchell L Chambers Jr. on behalf of Jason Thomas Blazer. (Attachments: # 1 Certificate of Service # 2 Proposed Order) (Chambers, Mitchell)

Dated: 7/15/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court