Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 24−21885−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Jason Thomas Blazer
aka James T Blazer, aka Jason Blazer
1732 West Blvd.
Malaga, NJ 08328

Social Security No.:
xxx−xx−6486

Employer's Tax I.D. No.:

---

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

on 9/18/26 at 09:00 AM

to consider and act upon the following:

***54*** − Objection to (related document:53 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Andrew B Finberg. Objection deadline is 09/3/2026. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Andrew B Finberg) filed by Mitchell L Chambers Jr. on behalf of Jason Thomas Blazer. (Attachments: # 1 Certificate of Service # 2 Proposed Order) (Chambers, Mitchell)

Dated: 8/25/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court